HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
LUIS A. PERALTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-po-00270-SAB |
| Plaintiff, | **CONSENT TO APPEAR BY TELEPHONE** |
| vs. | |
| LUIS A. PERALTA, | |
| Defendant. | |

I, Luis A. Peralta, understand that under the Federal Rules of Criminal Procedure and the United States Constitution, I have a right to be present in open court for my change of plea hearing in this case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby consent to appear by telephone for the change of plea hearing currently set for September 17, 2020.

Dated: September 16, 2020        */s/ Matthew Lemke*
                                 MATTHEW LEMKE
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 LUIS A. PERALTA

Dated:  September 16, 2020        */s/ Luis A. Peralta*
                                  LUIS A. PERALTA
                                  Defendant

## ORDER

IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43, Luis A. Peralta is permitted to appear by telephone for his change of plea hearing scheduled to take place on September 17, 2020.

IT IS SO ORDERED.

Dated:  **September 16, 2020**

UNITED STATES MAGISTRATE JUDGE