# IN THE UNITED STATES DISTRICT COURT
### For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19-po-00270-SAB |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S AMENDED STATUS REPORT** |
| | ) | **ON UNSUPERVISED PROBATION** |
| Luis Peralta, | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Failure to Pay Recreation Fee, in violation of 36 C.F.R. § 2.23(b)

**Sentence Date:** September 17, 2020

**Review Hearing Date:** November 19, 2020

**Probation Expires On:** December 17, 2020

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $390.00 which Total Amount is made up of a Fine: $ 350.00; Processing Fee: $30.00; Special Assessment: $ 10.00

☒ **Community Service hours Imposed of:** 0

☒ **Other Conditions:**

### COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid his monetary fine and penalty in full.

## GOVERNMENT POSITION:

☒     The Government agrees to the above-described compliance.

☐     The Government disagrees with the following area(s) of compliance:

DATED: November 12, 2020          */s/ Philip Tankovich*
                                                      PHILIP TANKOVICH
                                                      Special Assistant United States Attorney

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒     that the review hearing set for 11/19/2020 at 10:00

        ☐     be continued to Click here to enter a date. at 10:00 a.m.; or

        ☒     be vacated.

☐     that Defendant's appearance for the review hearing be waived.

DATED: November 12, 2020          */s/ Matthew Lemke*
                                                        MATTHEW LEMKE
                                                        Assistant Federal Defender
                                                        Attorney for Defendant

Case 1:19-po-00270-SAB   Document 22   Filed 11/13/20   Page 3 of 3

# ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **November 13, 2020**

_____
UNITED STATES MAGISTRATE JUDGE